THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. CR15-0202-JCC-7 |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| JESUS HERNANDEZ-HERNANDEZ, | |
| Defendant. | |

This matter comes before the Court on Defendant Jesus Hernandez-Hernandez's unopposed motion to continue trial and the pretrial motions deadline (Dkt. No. 422). Having thoroughly considered the relevant record, the Court GRANTS the motion for the reasons described below.

Defendant was charged by Fourth Superseding Indictment with Conspiracy to Distribute Controlled Substances, Distribution of Controlled Substances, and Possession of Controlled Substances with Intent to Distribute. (Dkt. No. 245.) He was arrested in April 2022 and trial is scheduled for July 25, 2022. (Dkt. Nos. 407, 411.) Defendant moves to continue the trial. (Dkt. No. 422 at 3.) In support, defense counsel cites, *inter alia*, the additional time counsel needs to review voluminous discovery and the interpretation then needed for legal consultation with Defendant. (*Id.* at 3.)

Accordingly, the Court FINDS the following:

1. Taking into account the exercise of due diligence, a continuance is necessary to allow the defense the reasonable time for effective preparation, to review discovery, and to conduct additional investigation. 18 U.S.C. § 3161(h)(7)(B)(iv).

2. Proceeding to trial absent adequate time for the defense to prepare, taking into account the exercise of due diligence, would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

3. The ends of justice served by granting this continuance outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

It is therefore ORDERED that trial shall be continued from July 25, 2022 to February 13, 2023 at 9:30 a.m. It is further ORDERED that the time between the date of this order and the new trial date is excludable time under the Speedy Trial Act pursuant to Title 18, United States Code, section 3161(h)(7)(A). Any pre-trial motions shall be filed no later than 60 days prior to the trial date.

DATED this 24th day of June 2022.

_John C. Coughenour_
John C. Coughenour
UNITED STATES DISTRICT JUDGE